UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————— x

In re MBIA INC. SECURITIES LITIGATION :    Civil Action No. 05-CV-03514(LLS)

——————————————————— :

                                    :    CLASS ACTION

This Document Relates To:            :
                                    :    NOTICE OF APPEAL
    ALL ACTIONS.                    :

——————————————————— x



NOTICE IS HEREBY GIVEN that Southwest Carpenters Pension Trust and the City of Pontiac General Employees' Retirement System, Lead Plaintiffs in the above-named action, on behalf of themselves and all others similarly situated, hereby appeal to the United States Court of Appeals for the Second Circuit from the Memorandum Endorsement dismissing this action that was entered on September 24, 2009, and the final judgment that was entered on October 5, 2009.

DATED:  November 2, 2009

COUGHLIN STOIA GELLER RUDMAN &
   ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARK T. MILLKEY


_____
        SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

*Lead Counsel for Plaintiffs*

DECARLO & CONNOR
DANIEL M. SHANLEY
533 South Fremont Avenue, 9th Floor
Los Angeles, CA 90071-1706
Telephone: 213/488-4100
213/488-4180 (fax)

MILBERG LLP
BARRY WEPRIN
ARVIND KHURANA
One Pennsylvania Plaza
New York, NY  10119-0165
Telephone: 212/594-5300
212/868-1229 (fax)

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Kelly A. Stadelmann, hereby certify that on November 2, 2009, I caused a true and correct copy of the attached:

### Notice of Appeal

to be served via first-class mail to all counsel on the attached service list.

Kelly A. Stadelmann

MBIA (LEAD)
Service List - 2/18/2009    (05-0098)
Page 1 of 2

### Counsel For Defendant(s)

John H. Hall
Steven  Klugman
Michael  Potenza
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY  10022
    212/909-6000
    212/909-6836(Fax)

Paul J. Fishman
Hal  Neier
John N. Orsini
Friedman Kaplan Seilger & Adelman LLP
1633 Broadway
New York, NY  10019-6708
    212/833-1100
    212/833-1250(Fax)

Joseph  Reilly
Sullivan & Cromwell LLP
1701 Pennsylvania Ave., N.W., Suite 800
Washington, DC  20006-5805
    202/956-7500
    202/293-6330(Fax)

Steven R. Peikin
Maite  Aquino
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004-2498
    212/558-4000
    212/558-3588(Fax)

### Counsel For Plaintiff(s)

Samuel H. Rudman
David A. Rosenfeld
Mario  Alba, Jr.
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
    631/367-7100
    631/367-1173(Fax)

Daniel M. Shanley
DeCarlo & Connor
533 South Fremont Avenue, 9th Floor
Los Angeles, CA  90071-1706
    213/488-4100
    213/488-4180(Fax)

MBIA (LEAD)
Service List - 2/18/2009    (05-0098)
Page 2 of 2

Barry A. Weprin
Milberg LLP
One Pennsylvania Plaza
New York, NY 10119
  212/594-5300
  212/868-1229 (Fax)

Michael J. VanOverbeke
Thomas C. Michaud
VanOverbeke Michaud & Timmony, P.C.
79 Alfred Street
Detroit, MI 48201
  313/578-1200
  313/578-1201 (Fax)