☐ ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/5/09

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
In Re MBIA INC. SECURITIES LITIGATION       :       ECF
:       No. 05-CV-03514 (LLS)
------------------------------------------------------------ :
:       [~~PROPOSED~~] ORDER      LLS
This Document Relates to:                    :       OF WITHDRAWAL
ALL ACTIONS                                  :
:
:
:
------------------------------------------------------------x

WHEREAS, defendant Richard Weill is represented in this action by Friedman Kaplan Seiler & Adelman LLP ("Friedman Kaplan"); and

WHEREAS, attorneys Paul J. Fishman, Lance J. Gotko, and John N. Orsini of Friedman Kaplan have appeared as counsel of record for Mr. Weill; and

WHEREAS, Mr. Fishman was sworn in as the United States Attorney for the District of New Jersey on October 14, 2009, and thus no longer represents Mr. Weill in this action; and

WHEREAS, Messrs. Gotko and Orsini of Friedman Kaplan intend to continue representing Mr. Weill in this action; and

WHEREAS, although this action is closed, plaintiffs filed a Notice of Appeal on November 2, 2009, appealing the dismissal of their complaint, and thus there remains the possibility of additional filings in this action; and

803737.1

WHEREAS, upon the Declaration of John N. Orsini, there exists, pursuant to Local Civil Rule 1.4, good and satisfactory reason for the Court to order the withdrawal of Mr. Fishman as counsel of record for Mr. Weill.

It is hereby **ORDERED** that:

Paul J. Fishman is withdrawn as counsel of record for defendant Richard Weill, and the Clerk shall remove Mr. Fishman from the docket.

*Louis L. Stanton*
Louis L. Stanton
U.S.D.J.
11/5/09