# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

```
---------------------------------------------------------------x
                                                               :
In Re MBIA INC. SECURITIES LITIGATION     :   ECF
                                                               :   No. 05-CV-03514 (LLS)
---------------------------------------------------------------:
                                                               :   NOTICE OF CHANGE OF ADDRESS
This Document Relates to:                 :
ALL ACTIONS                               :
                                                               :
---------------------------------------------------------------x
```

PLEASE TAKE NOTICE that effective March 28, 2011, Lance J. Gotko of the firm Friedman Kaplan Seiler & Adelman LLP has moved to 7 Times Square, New York, NY 10036-6516.

Dated: New York, New York
       March 28, 2011

                        FRIEDMAN KAPLAN SEILER &
                          ADELMAN LLP

                          s/ Lance J. Gotko
                        Lance J. Gotko (lgotko@fklaw.com)
                        7 Times Square
                        New York, NY 10036-6516
                        (212) 833-1100

*Attorneys for Defendant Richard Weill*

969841.1