**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                                              :
In Re MBIA INC. SECURITIES LITIGATION      :   ECF
                                                              :   No. 05-CV-03514 (LLS)
-------------------------------------------------------------  :
                                                              :   NOTICE OF CHANGE OF ADDRESS
This Document Relates to:                                     :
ALL ACTIONS                                                   :
                                                              :
-------------------------------------------------------------x
```

PLEASE TAKE NOTICE that effective March 28, 2011, John N. Orsini of the firm Friedman Kaplan Seiler & Adelman LLP has moved to 7 Times Square, New York, NY 10036-6516.

Dated: New York, New York
       March 28, 2011

                FRIEDMAN KAPLAN SEILER &
                 ADELMAN LLP

                 s/ John N. Orsini
               John N. Orsini (jorsini@fklaw.com)
               7 Times Square
               New York, NY 10036-6516
               (212) 833-1100

               *Attorneys for Defendant Richard Weill*

969842.1