**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 28th day of February, two thousand eleven.

Before:       DENNIS JACOBS,
                          *Chief Judge,*
              JOSÉ A. CABRANES,
              JOHN M. WALKER, JR.,
                          *Circuit Judges.*

---

CITY OF PONTIAC GENERAL EMPLOYEES' RETIREMENT SYSTEM and SOUTHWEST CARPENTERS PENSION TRUST, on behalf of themselves and all others similarly situated,

*Plaintiffs-Appellants,*

ANTHONY CAPONE, individually and on behalf of all others similarly situated, TODD SIMON, individually and on behalf of all others similarly situated, MARISS PARTNERS, LLP, individually and onbehalf of all others simiarly situated, THOMAS CASSADY, individually and on behalf of all others similarly situated, ALAN D. SADOWSKY, individually and on behalf of all others similarly situated, and BARABARA S. KATZIN, individually and on behalf of all others similarly situated,

*Consolidated- Plaintiffs,*

v.

MBIA, INC., JOSEPH W. BROWN, GARY C. DUNTON, NICHOLAS FERRERI, NEIL G. BUDNICK, DOUGLAS C. HAMILTON, and RICHARD WEILL,

*Defendants- Appellees.**

**JUDGMENT**
Docket No. 09-4609-cv

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/05/2011

---

The appeal in the above captioned case from the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is VACATED and the case is REMANDED for reconsideration of the application of the statute of limitations in light of  <u>Merck</u>  and this opinion.  The district court is also instructed to rule on Defendants-Appellees' statute of repose and Rule 9(b) arguments in accordance with the opinion of this Court.

A True Copy                                                  FOR THE COURT,
Catherine O'Hagan Wolfe, Clerk             Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

\* The Clerk of Court is respectfully instructed to amend the official caption as shown above.

**MANDATE ISSUED ON 03/25/2011**