UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x
In re MBIA INC. SECURITIES LITIGATION   :   Civil Action No. 05-cv-03514-LLS
                                        :
————————————————————————            :   CLASS ACTION
                                        :
This Document Relates To:               :   NOTICE OF MOTION AND LEAD
                                        :   PLAINTIFFS' UNOPPOSED MOTION FOR
     ALL ACTIONS.                       :   (1) FINAL APPROVAL OF SETTLEMENT
                                        x   AND PLAN OF DISTRIBUTION OF
                                            SETTLEMENT PROCEEDS; AND (2) AN
                                            AWARD OF ATTORNEYS' FEES AND
                                            EXPENSES

789079_1

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on December 10, 2012, at 3:00 p.m., at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, or as soon thereafter as counsel may be heard before the Honorable Louis L. Stanton, United States District Judge, Lead Plaintiffs will and hereby move for orders and/or judgments (1) finally approving the settlement of this class action and dismissing the litigation with prejudice and approving the Plan of Distribution of settlement proceeds; and (2) awarding Lead Counsel attorneys' fees of 20% of the Settlement Fund plus expenses, plus interest on both amounts.  Lead Plaintiffs' motion is based upon Lead Plaintiffs' Memorandum of Law in Support of Unopposed Motion for Final Approval of Settlement and Plan of Distribution of Settlement Proceeds, Lead Counsel's Memorandum of Law in Support of Unopposed Motion for an Award of Attorneys' Fees and Expenses, the declarations submitted in support thereof, the Settlement Agreement, all other pleadings and matters of record, and such additional evidence or argument as may be presented in Lead Plaintiffs' motion or at the hearing on Lead Plaintiffs' motion.

DATED: November 19, 2012            Respectfully submitted,

ROBBINS GELLER RUDMAN
 & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA JR.

                                    s/ Samuel H. Rudman
                                    SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
malba@rgrdlaw.com

Lead Counsel for Plaintiffs

DeCARLO, CONNOR & SHANLEY
JOHN T. DeCARLO
DANIEL M. SHANLEY
533 South Fremont Avenue, 9th Floor
Los Angeles, CA 90071-1706
Telephone: 213/488-4100
213/488-4180 (fax)

Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on November 19, 2012.

                                                 s/ Samuel H. Rudman
                                                 SAMUEL H. RUDMAN

ROBBINS GELLER RUDMAN
&amp; DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

E-mail: srudman@rgrdlaw.com

789079_1

# Mailing Information for a Case 1:05-cv-03514-LLS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mario Alba , Jr**
  malba@rgrdlaw.com,e_file_ny@rgrdlaw.com,drosenfeld@rgrdlaw.com

- **Lance James Gotko**
  lgotko@fklaw.com,vgarvey@fklaw.com,jshaw@fklaw.com

- **Fran Marcia Jacobs**
  fmjacobs@duanemorris.com

- **Steven Klugman**
  sklugman@debevoise.com

- **William H. Narwold**
  bnarwold@motleyrice.com,imoll@motleyrice.com,vlepine@motleyrice.com,kweil@motleyrice.com,ajanelle@motleyrice.com

- **John Nicholas Orsini**
  jorsini@fklaw.com

- **Steven Robert Peikin**
  peikins@sullcrom.com,s&cmanagingclerk@sullcrom.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com

- **Peter Edward Seidman**
  pseidman@milberg.com

- **Ellen Anne Gusikoff Stewart**
  elleng@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Anthony Capone
,
```