**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/12
```

---------------------------------------- x
In re MBIA INC. SECURITIES LITIGATION  :  Civil Action No. 05-cv-03514-LLS
                                       :
----------------------------------------:  CLASS ACTION
                                       :
This Document Relates To:              :  [PROPOSED] ORDER AWARDING      LLS
                                       :  ATTORNEYS' FEES AND EXPENSES
    ALL ACTIONS.                       :
---------------------------------------- x

789083_1

This matter having come before the Court on December 10, 2012, on the motion of Lead Counsel for an award of attorneys' fees and expenses incurred in the litigation, the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this action to be fair, reasonable and adequate, and otherwise being fully informed in the premises and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Settlement Agreement dated August 24, 2012 (the "Stipulation"), and filed with the Court.

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all members of the Class who have not timely and validly requested exclusion.

3. The Court hereby awards Lead Counsel attorneys' fees of 20% of the Settlement Fund, plus the interest thereon as defined in the Stipulation, plus expenses in the amount of $62,910.96, together with the interest earned thereon for the same time period and at the same rate as that earned on the Settlement Fund until paid. The Court finds that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method.

4. The fees and expenses shall be allocated among Plaintiffs' Counsel in a manner which, in Lead Counsel's good-faith judgment, reflects each such counsel's contribution to the institution, prosecution, and resolution of the litigation.

789083_1

5.  The awarded attorneys' fees and expenses and interest earned thereon shall immediately be paid to Lead Counsel subject to the terms, conditions, and obligations of the Stipulation, and in particular paragraph 6.2 thereof, which terms, conditions, and obligations are incorporated herein.

IT IS SO ORDERED.

DATED: December 10, 2012        /s/ Louis L. Stanton
                                THE HONORABLE LOUIS L. STANTON
                                UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2012, I submitted the foregoing to orders and judgments@nysd.uscourts.gov and e-mailed to the e-mail addresses denoted on the Court's Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 19, 2012.

                                                   s/ Samuel H. Rudman
                                                   SAMUEL H. RUDMAN

                                                   ROBBINS GELLER RUDMAN
                                                      &amp; DOWD LLP
                                                   58 South Service Road, Suite 200
                                                   Melville, NY  11747
                                                   Telephone:  631/367-7100
                                                   631/367-1173 (fax)

                                                   E-mail: srudman@rgrdlaw.com

789083_1